IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ASH GROVE CEMENT COMPANY                                              PLAINTIFF

V.                                      NO. 10-CV-4069

MMR CONSTRUCTORS, INC., and
CONTRACTOR SALES & RENTALS
OF TEXARKANA, L.L.C.                                                  DEFENDANTS


## <u>ORDER</u>

Before the Court is Plaintiff's Notice of Dismissal.  (Doc. 22).  Plaintiff is seeking to dismiss

all claims against Separate Defendant Contractor Sales & Rentals of Texarkana, LLC.  Pursuant to

Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, all claims against Separate Defendant

Contractor Sales & Rentals of Texarkana, LLC are hereby **DISMISSED** without prejudice.

IT IS SO ORDERED, this 25th day of October, 2010.


                                                 /s/ Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              United States District Judge