IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ASH GROVE CEMENT COMPANY                                         PLAINTIFF

V.                          CASE NO. 4:10-CV-04069

MMR CONSTRUCTORS, INC.                          DEFENDANT/COUNTER PLAINTIFF

V.

MICHAEL COMSTOCK; MICHAEL
BOWLING; DAVID HUGHES;
CONTRACTOR SALES & RENTALS
OF TEXARKANA, LLC; ALTON LOWREY;
SUMMIT ELECTRIC SUPPLY COMPANY, INC.;
and TETON INDUSTRIAL CONSTRUCTION, INC.          THIRD-PARTY DEFENDANTS

## ORDER

Before the Court is Defendant/Counter Plaintiff MMR Constructors, Inc.'s ("MMR") Motion to Voluntarily Dismiss. (ECF No. 229). MMR moves to dismiss without prejudice Third-Party Defendants Summit Electric Supply Company, Inc. ("Summit") and Teton Industrial Construction, Inc. ("Teton"). MMR contends that the Court's recent summary judgment order (ECF No. 227) nullified MMR's claims against Summit and Teton.

Upon consideration, the Court finds that MMR has shown good cause for the motion. Accordingly, MMR's Motion to Dismiss (ECF No. 229) should be and hereby is **GRANTED**. MMR's third-party claims against Summit and Teton are hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED, this 14th day of August, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge