IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ASH GROVE CEMENT COMPANY                                              PLAINTIFF

V.                           CASE NO. 4:10-CV-04069

MMR CONSTRUCTORS, INC.                              DEFENDANT/COUNTER PLAINTIFF

V.

MICHAEL COMSTOCK; MICHAEL
BOWLING; DAVID HUGHES;
CONTRACTOR SALES & RENTALS
OF TEXARKANA, LLC; and ALTON LOWREY           THIRD-PARTY DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 261). The parties have reached a settlement, and therefore ask the Court to dismiss all claims in this case with prejudice. Upon consideration, the Court finds that the parties have shown good cause for the motion. Therefore, the parties' Joint Motion to Dismiss (ECF No. 261) should be and hereby is **GRANTED**. All claims in this case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees and costs. The Court retains jurisdiction over the case to enforce the settlement agreement.

IT IS SO ORDERED, this 14th day of September, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge